95 cr 567 (per)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ OCT 13 2005 ★
BROOKLYN OFFICE

D/F

Ordered that copies of this letter be transmitted to AUSA and defense counsel
/s/ DSDJ 10/17/05
cc: Mr. Bess

c/M

Dear Honorable Judge Ross

Hello... This is Norman Bess. I'm writing you in concern with my situation. I was sentenced to a five month violation, that I began in July & supposed to end in Oct (Oct 26.) I'm writing because now I'm being told that I have a detainer for violation of supervision monitoring system. This detainer was placed upon me by the marshall's service. There are a couple of things that I think you should know. While I've been incarcerated the marshalls went to the housing authority complaining that I'm not on the lease so now I can no longer reside there because my grandmother signed something stating I wouldn't reside there. The violation came about with the marshalls, the fact that I knew someone they were looking for, which happens to be the same person I'm violated behind. I was destroyed from the time I turned myself in to my prison, but never made it now I'm being told the marshalls released on Oct 26 unless the warrant is dropped on a case that I'm seeing now. Respectfully Ms Judge Ross all I would like to do is go home & do the right

FILED

thing. I'm asking you, is there any way you can correct this situation for me please. They're trying to make it seem like this is another supervision violation yet its all the same one & I've served the time for it.

Sincerely,
Norman Ross